THE STATE OF NORTH DAKOTA, EX REL. R. B. COX, JERRY DONOVAN, A. B. BICKFORD AND E. C. KRUEGER, V. J. W. FABRICK.

Opinion filed October 13, 1908.

Application by the state, on the relation of R. B. Cox and others, for writ of mandamus to J. W. Fabrick.

Writ granted.

*George A. Bangs* and *F. B. Andrews,* for petitioners.

*George A. McGee* and *Francis J. Murphy,* for respondent.

PER CURIAM. Following the case of State ex rel. Steele v. Fabrick, 17 N. D. 532, 117 N. W. 860, the opinion in which was this day filed, the writ of mandamus herein applied for is granted.
(117 N. W. 864.)